UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60846-CIV-SINGHAL

CARLOS FIDEL VELEZ,

    Plaintiff,

v.

COMISSIONER OF SOCIAL SECURITY,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** has come before the Court on Parties' Cross-Motions for Summary Judgment. (DE [11], [14]). Plaintiff's Motion was filed on August 15, 2024. Defendant's Motion was filed on October 16, 2024.

Parties' Motions were referred to Magistrate Judge Bruce E. Reinhart for Report and Recommendation ("R&R"). *See* (DE [10]). The Magistrate Judge issued an R&R (DE [16]) on December 30, 2024, recommending that Plaintiff's Motion be denied and Defendant's Motion be granted. The Court has reviewed the record and has made a *de novo* review of the issues. Moreover, neither party filed an objection by the January 13, 2025 deadline.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this Report and Recommendation (DE [16]) of the Magistrate Judge is **APPROVED AND ADOPTED.** Plaintiff's Motion for Summary Judgment (DE [11]) is **DENIED.** Defendant's Motion for Summary Judgment (DE [14]) is **GRANTED.** The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of February 2025.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE